## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOHNNIE L. HILL                                                    PETITIONER

v.                  NO. 5:16CV00248 JLH/PSH

WENDY KELLEY, Director of the
Arkansas Department of Correction                      RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 3rd day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE